FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ATANU MUKHERJEE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE UNIVERSITY,<br><br>　　　　　　　　Defendant. | No.   2:19-cv-00402-SMJ<br><br>**ORDER ADOPTING PROPOSED PROTECTIVE ORDER** |

Before the Court is Defendant's Renewed Motion and Memorandum for Protective Order, ECF No. 22. The parties have stipulated to the motion. ECF No. 24. Defendant previously filed a Motion and Memorandum for Protective Order, ECF No. 15, which the Court denied with leave to renew on July 22, 2020. ECF No. 18. Having reviewed the file in this matter, the Court is fully informed and grants the renewed motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Renewed Motion and Memorandum for Protective Order, **ECF No. 22**, is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 26(c) and Stipulation of Parties, ECF No. 24, the parties' proposed protective order, **ECF No.**

ORDER ADOPTING PROPOSED PROTECTIVE ORDER – 1

**22-1**, as supplemented by **ECF No. 22**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of August 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge