# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ATANU MUKHERJEE | : |
| **Plaintiff,** | : Civil Action No.: 2:19-cv-00402-SMJ |
| v. | : |
| WASHINGTON STATE UNIVERSITY | : |
| **Defendant.** | : |

## PLAINTIFF'S NOTICE OF CLAIMS TO BE ADJUDICATED

Pursuant to the Court's April 3, 2020 Scheduling Order (ECF 14), the Plaintiff, Atanu Mukherjee, provides the following list of claims that will be adjudicated at trial:

Plaintiff's Claims:

Plaintiff, Mr. Mukherjee, has three pending claims—all brought under Title VII of the 1964 Civil Rights Act (Title VII), 42 U.S.C. § 2000e-2(a)(1). Plaintiff, Mr. Mukherjee, alleges discrimination based on his race, color, and national origin in violation of Title VII.

 

**RESPECTFULLY SUBMITTED,**
**KOLLER LAW, LLC**

Date: May 3, 2021    By:    */s/ David M. Koller*
David M. Koller, Esquire
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
215-545-8917
davidk@kollerlawfirm.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3rd day of May 2021, a true and correct copy of Plaintiff's Notice of Claims to Be Adjudicated was served via the Court's electronic filing system upon the following:

> Joseph D. Ehle
> Assistant Attorney General
> 1116 W. Riverside, Suite 100
> Spokane, WA 99201-1106

*Attorney for Washington State University*

KOLLER LAW, LLC

Date: May 3, 2021        By:    */s/ David M. Koller*
David M. Koller, Esquire
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
215-545-8917
davidk@kollerlawfirm.com
*Counsel for Plaintiff*